Phillip L. **CAMERON**, Plaintiff—Appellant,

v.

**MTD PRODUCT INCORPORATED**, Defendant—Appellee.

No. 04–1123.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2004.

Decided March 19, 2004.

Phillip L. Cameron, Appellant pro se. Mark Francis McKenna, McKenna & Chiodo, P.C., Pittsburgh, Pennsylvania, for Appellee.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Phillip L. Cameron appeals the district court's order denying his motion for judgment by default and dismissing his products liability diversity action as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cameron v. MTD Product Inc., No. CA–03–75 (N.D.W.Va. Jan. 7, 2004). We dispense with oral argument because the

**54**

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*